# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| DAVID P. BRICKER,<br><br>    Plaintiff,<br><br>v.<br><br>WELTMAN, WEINBERG, & REIS CO., LPA,<br><br>    Defendant. | Case No. 6:21-cv-00414 |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that DAVID P. BRICKER ("Plaintiff") and WELTMAN, WEINBERG, & REIS CO., LPA ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: November 29, 2021

Respectfully submitted,

**DAVID P. BRICKER**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1

## **CERTIFICATE OF SERVICE**

    I, Mohammed O. Badwan, certify that on November 29, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

                                                            /s/ *Mohammed O. Badwan*